UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Husch Blackwell, LLP | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:18-cv-01213-APM |
| | ) |
| United States Environmental, | ) |
| Protection Agency | ) |
|       Defendant. | ) |

## **ENTRY OF APPEARANCE**

COMES NOW Matthew P. Diehr and hereby enters his appearance as counsel for Plaintiff Husch Blackwell LLP.

            Respectfully submitted,

            HUSCH BLACKWELL LLP

            By:    */s/ Matthew P. Diehr*
                      Matthew P. Diehr, #MO0007
                      190 Carondelet Plaza, Suite 600
                      St. Louis, MO  63105
                      Telephone: (314) 480-1916
                      Facsimile: (314) 480-1505
                      matthew.diehr@huschblackwell.com

                      Attorney for Plaintiff