**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HUSCH BLACKWELL LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1213 (APM) |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Husch Blackwell LLP respectfully requests that this Court deny Defendant United States Environmental Protection Agency's Motion for Summary Judgment on the grounds that the undisputed material facts show that Defendant is not entitled to judgment as a matter of law.

In support of this motion, Plaintiff respectfully submits the attached Memorandum of Law, Statement of Undisputed Material Facts, with exhibits, and a proposed Order.

DocID: 4844-8271-7338.1

DATED: June 17, 2019

        Respectfully submitted,

        HUSCH BLACKWELL LLP

    By: */s/ Natalie R. Holden*

        Kyle Joe Gilster (D.C. Bar No. 483873)
        Matthew P. Diehr (MO007)
        Natalie R. Holden (MO010)
        Catherine M. Dickenson (*pro hac pending*)
        750 17th Street, NW
        Suite 900
        Washington, D.C. 20006-4656
        kyle.gilster@huschblackwell.com
        matthew.diehr@huschblackwell.com
        natalie.holden@huschblackwell.com
        kate.dickenson@huschblackwell.com
        202-378-2300 (Telephone)
        202-378-2319 (Facsimile)